192 So. 918
**Andy PEPPERS v. STATE.**
**8 Div. 913.**

Court of Appeals of Alabama.
Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.